■ TIMOTHY C. TRALA, Respondent, v CLEOLIUS CALLOWAY, Defendant, and BENNETT ELECTRICAL CONTRACTORS CORP., Appellant and Third-Party Plaintiff. PATRICK LAWLER et al., Third-Party Defendants-Appellants. (Appeal No. 1.) [703 NYS2d 770] —Appeal unanimously dismissed without costs (*see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Erie County, Whelan, J.—Set Aside Verdict.) Present—Green, A. P. J., Hayes, Pigott, Jr., and Scudder, JJ.

■ TIMOTHY C. TRALA, Respondent-Appellant, v CLEOLIUS CALLOWAY, Defendant, and BENNETT ELECTRICAL CONTRACTORS CORP., Appellant-Respondent and Third-Party Plaintiff. PATRICK LAWLER et al., Third-Party Defendants-Appellants-Respondents. (Appeal No. 3.) [703 NYS2d 421] —Judgment unanimously affirmed without costs. Memorandum: Upon our review of the record, we conclude that the jury verdict does not deviate materially from what would be reasonable compensation (*see,* CPLR 5501 [c]). Contrary to plaintiff's contention, Supreme Court properly determined the present value of future damages in excess of $250,000 as of the date of the jury verdict and awarded interest on the present value of the excess future

damages as of the date of the determination of liability (*see generally, Rohring v City of Niagara Falls,* 84 NY2d 60). (Appeals from Judgment of Supreme Court, Erie County, Whelan, J.—Negligence.) Present—Green, A. P. J., Hayes, Pigott, Jr., and Scudder, JJ.